IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**APAC-TENNESSEE, INC.**                                                                                              **PLAINTIFF**

v.                                           CASE NO.  3:16-CV-00133 BSM

**CORRECT ROOFING & CONSTRUCTION, INC.**
**and GEORGE L. WALKER**                                                                              **DEFENDANTS**

### ORDER

Defendant Correct Roofing & Construction, Inc.'s motion to compel [Doc. No. 20] is denied as moot pursuant to defendant George Walker's agreement to supplement his response to Correct Roofing's interrogatory number four with the information Correct Roofing seeks.  *See* Response ¶ 4, Doc. No. 21.

IT IS SO ORDERED this 7th day of April 2017.

_____
UNITED STATES DISTRICT JUDGE