IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**APAC-TENNESSEE, INC.**                                                **PLAINTIFF**

v.                     CASE NO. 3:16-CV-00133 BSM

**CORRECT ROOFING & CONSTRUCTION, INC.**
**and GEORGE L. WALKER**                                **DEFENDANTS**

## ORDER

Defendant Correct Roofing & Construction, Inc.'s motion to compel [Doc. No. 22] is denied as moot pursuant to plaintiff APAC-Tennessee, Inc.'s filing of its supplemental responses to Correct Roofing's first set of interrogatories and requests for production. *See* Response, Doc. No. 27.

IT IS SO ORDERED this 18th day of April 2017.

_____
UNITED STATES DISTRICT JUDGE