IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**APAC-TENNESSEE, INC.**                                                               **PLAINTIFF**

v.                   **CASE NO. 3:16-CV-00133 BSM**

**CORRECT ROOFING & CONSTRUCTION, INC.**
**and GEORGE L. WALKER**                                        **DEFENDANTS**

## ORDER

Pursuant to the joint motion for relief [Doc. No. 44], construed as a stipulation of dismissal, this case is dismissed with prejudice with each party to bear its own fees and costs. The clerk is directed to terminate all pending motions.

IT IS SO ORDERED this 8th day of November 2017.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE