**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**APAC-TENNESSEE, INC.**                                                    **PLAINTIFF**

**v.**                           **CASE NO. 3:16-CV-00133 BSM**

**CORRECT ROOFING & CONSTRUCTION, INC.**
**and GEORGE L. WALKER**                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice with each party to bear its own fees and costs.

IT IS SO ORDERED this 8th day of November 2017.

_____
UNITED STATES DISTRICT JUDGE